

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-14-00123-CV

Blanca **HERNANDEZ**,
Appellant

v.

**EAGLE PASS INDEPENDENT SCHOOL DISTRICT**, Self Insured and Texas Department
of Insurance Division of Workers' Compensation and Rod Bordelon, Jr. in his Capacity as
Commissioner of Workers Compensation,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 12-12-28082-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

Counsel for appellant in this accelerated civil appeal has filed a motion for permission to file documents in paper form. *See* TEX. R. APP. P. 9.2(c) (requiring attorneys in civil cases to file documents electronically). We find that counsel has shown good cause to suspend the operation of Rule 9.2(c) as to appellant's counsel in this case and we hereby **grant** the motion. *See* TEX. R. APP. P. 2.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court